USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/9/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TANZANIAN GOLD CORP.,

                Plaintiff,

-against-

CREDE CG III, LTD.,

                Defendant.

-----------------------------------------------------------------X

18-CV-4201 (LGS)(SN)

**ORDER**

**SARAH NETBURN, United States Magistrate Judge:**

    Due to issues raised by the parties' January 3, 2020 Letter, submitted to the Court by email due to its sensitive subject matter, the stay on deposition and expert discovery will remain in effect. The parties shall continue to resolve discovery disputes and are directed to file a joint letter no later than April 2, 2020, updating the Court as to the status of all outstanding depositions and any outstanding discovery issues.

**SO ORDERED.**

                                                      SARAH NETBURN
                                                      United States Magistrate Judge

DATED:     January 9, 2020
               New York, New York