

Brian Pete
77 Water Street, Suite 2100
New York, New York 10005
Peter.Shapiro@lewisbrisbois.com
Direct: 212.232.1363

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/10/2020

March 10, 2020

File No. 41462.02

**VIA ECF**
Hon. Lewis J. Liman, U.S.D.J.
United States District Court
Southern District of New York
United States Courthouse
40 Foley Square
New York, New York 10007

> Pursuant to Paragraph 2(F) of the Court's Individual Practices, "[t]he proposed sealed document must be contemporaneously filed under seal in the ECF system and electronically related to the motion." The Court reserves judgment on this motion pending compliance with that directive.
>
> 3/10/2020
>
> LEWIS J. LIMAN
> United States District Judge

Re: Tanzanian Gold Corp. f/k/a Tanzanian Royalty Exploration Corp. v. Crede CG III, Ltd., Terren Peizer, and Michael S. Wachs
Case No. 18-cv-4201 (LJL)(SN)

Dear Judge Liman:

Pursuant to this Court's Standing Order 19-mc-00583, and Your Honor's Individual Rules, Plaintiff Tanzanian Gold Corporation f/k/a Tanzanian Royalty Exploration Corporation ("TGC") respectfully submits this letter requesting that TGC be permitted to file the Affidavit of James A. Sinclair filed in support of TGC's Order to Show Cause for a Temporary Restraining Order and Preliminary Injunction under seal.

This request is made as Mr. Sinclair's affidavit contains confidential sensitive health information. Accordingly, it is respectfully requested that it be permitted to file the Affidavit of James A. Sinclair under seal to protect private and sensitive nature of the affidavit's contents.

Counsel for TGC has previously shared with Counsel for Defendants a physician letter substantiating Mr. Sinclair's condition and is prepared to produce the same to the Court.

Thank you for your attention to this matter.

Respectfully,

/s/Brian Pete

Brian Pete of
LEWIS BRISBOIS BISGAARD & SMITH LLP

ARIZONA • CALIFORNIA • COLORADO • CONNECTICUT • FLORIDA • GEORGIA • ILLINOIS • INDIANA • KANSAS • KENTUCKY
LOUISIANA • MARYLAND • MASSACHUSETTS • MISSOURI • NEVADA • NEW JERSEY • NEW MEXICO • NEW YORK
NORTH CAROLINA • OHIO • OREGON • PENNSYLVANIA • RHODE ISLAND • TEXAS • UTAH • WASHINGTON • WEST VIRGINIA
4817-7322-8983.1