UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

TANZANIAN GOLD CORPORATION, F/K/A
TANZANIAN ROYALTY EXPLORATION
CORPORATION,

              Plaintiff,

    -v-

CREDE CG III, LTD.,

             Defendant.

------------------------------------------------------------X

18-cv-4201 (LJL)

ORDER

LEWIS J. LIMAN, United States District Judge:

At the hearing scheduled for tomorrow March 12, 2020, the parties are directed to be prepared to discuss the potential applicability of *Pennzoil Co. v. Texaco Inc.*, 481 U.S. 1 (1987) and principles of *Younger* abstention and the *Rooker-Feldman* doctrine to plaintiff's request for injunctive relief.

SO ORDERED.

Dated: March 11, 2020
       New York, New York

                                               LEWIS J. LIMAN
                                           United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/11/2020