UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

**TANZANIAN GOLD CORP.,**

                  **Plaintiff,**　　　　　　18-CV-4201 (LGS)(SN)

    -against-　　　　　　　　　　　　**ORDER**

**CREDE CG III, LTD.,**

                  **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

    For the reasons stated in the parties' joint status letter dated April 2, 2020, the stay on deposition and expert discovery will remain in effect until June 3, 2020. The parties are directed to file a joint letter no later than June 2, 2020, including a proposed schedule for all depositions and expert discovery.

**SO ORDERED.**

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　SARAH NETBURN
　　　　　　　　　　　　　　　　　United States Magistrate Judge

DATED:　　April 7, 2020
　　　　　　New York, New York