USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/18/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TANZANIAN GOLD CORP.,

                             **Plaintiff,**                      18-CV-4201 (LJL)(SN)

        -against-                                   **DISCOVERY CONFERENCE ORDER**

CREDE CG III, LTD.,

                             **Defendant.**

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      A discovery conference by telephone is scheduled for Friday, June 26, 2020, at 11:00 a.m. to discuss the issues raised in the parties' joint letter dated June 12, 2020 (ECF No. 129).

At the scheduled time, the parties should call (877) 402-9757 and enter access code 7938632 #.

**SO ORDERED.**

_____
SARAH NETBURN
United States Magistrate Judge

DATED:      June 18, 2020
                 New York, New York