```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/26/2020
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

TANZANIAN GOLD CORP.,

                              Plaintiff,                            18-CV-4201 (LJL)(SN)

        -against-                                         **ORDER**

CREDE CG III, LTD.,

                              Defendant.

-----------------------------------------------------------------X

**SARAH NETBURN, United States Magistrate Judge:**

      For reasons stated on the record at the June 26, 2020 telephonic discovery conference, the Court orders the following discovery schedule: all depositions shall be completed by August 28, 2020. Opening expert reports shall be exchanged by September 30, 2020. Rebuttal expert reports shall be exchanged by October 30, 2020. All expert depositions shall be completed by November 24, 2020. Any motions for summary judgment shall be filed by January 22, 2021, with oppositions due February 26, 2021, and any replies due March 19, 2021.

**SO ORDERED.**

                                                 _____
                                                 SARAH NETBURN
                                                 United States Magistrate Judge

DATED:      June 26, 2020
                 New York, New York